# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3005

_____

United States of America

*Plaintiff - Appellee*

v.

Anthony Dewayne Crosby, also known as Clue

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Dubuque

_____

Submitted: May 30, 2019
Filed: June 5, 2019
[Unpublished]

_____

Before ERICKSON, WOLLMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Anthony Crosby directly appeals after he pled guilty to a drug offense, and the district court[1] sentenced him to a prison term below the calculated Guidelines range.

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of Crosby's sentence.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (sentences are reviewed under deferential abuse-of-discretion standard; discussing substantive reasonableness). In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw, and we affirm.

_____